FILED
CHARLOTTE, N. C.

OCT 24 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:05CR242-C |
| ) | |
| v. ) | |
| ) | ORDER |
| JORDAN ERIC TAYLOR ) | |
| ) | |
| ) | |

Defendant Jordan Eric Taylor was sentenced by this Court on today's date in the above entitled case. The case is now over. The Court has been informed that Defendant's mother posted $5,000.00 cash bond in Central District of California Case No. 05-1011M to secure Defendant's release after being arrested on the indictment in this case in Los Angeles. Upon Defendant's arrival in the Western District of California, he was taken back into custody, where he remained until being sentenced today. Therefore, the conditions that the cash bond's deposit was to secure have been satisfied. Pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, the surety must be exonerated and the bail released.

Accordingly, this Court certifies to the District Court for the Central District of California that the cash bond by surety should be exonerated and returned to the surety.

This the 24th day of October, 2005.

ROBERT J. CONRAD JR.
United States District Judge